UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JAYLEN LEE, | Case No. 2:19-cv-00790-APG-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ADVANCE AMERICA, CASH ADVANCE CENTERS INC., | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Extend Deadline for Defendant to Respond to Complaint (ECF No. 6), filed on May 20, 2019. Defendant requests an extension of one week to respond to Plaintiff's complaint. The Court finds good cause to grant the extension. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Deadline for Defendant to Respond to Complaint (ECF No. 6) is **granted**.

Dated this 21st day of May, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE